UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 12-cv-8037 ) Magistrate Judge Michael T. Mason |
| DAVID WYNN, | ) ) |
| Defendant. | ) |

**STIPULATION FOR ENTRY OF CONSENT JUDGMENT**

It is hereby stipulated and agreed by and between the United States and DAVID WYNN, that it is the intention of the parties to seek entry of a consent judgment order by this court, and in support the parties state:

1. The court has jurisdiction over the subject matter of this lawsuit pursuant to 28 U.S.C. §1345 and the defendant is an adult residing within the Northern District of Illinois.

2. DAVID WYNN received a copy of the Complaint and Summons filed in this action and defendant acknowledges such receipt.

3. DAVID WYNN acknowledges his liability to the United States in the amount of $7,141.82 which consists of: the principal amount of $2,840.05 and interest as of October 8, 2012 in the amount of $4,301.77. The defendant's liability arises from a defaulted student loan from the United States Department of Education as detailed in the complaint filed in this cause.

4. DAVID WYNN agrees to submit a financial statement and copies of his federal and state income tax returns for the prior year to the United States Attorney's Office on May 15 of each year, until the judgment debt is paid in full. The defendant further agrees to notify the United States

Attorney's Office within thirty days of any change of address or employment until the judgment debt is paid in full.

5.In return for DAVID WYNN's consent to entry of judgment, the United States agrees to accept the amount of $7,141.82, plus interest until the date this judgment is entered at the prejudgment interest rate and, thereafter, at the effective legal post-judgment interest rate computed daily and compounded annually, in full satisfaction of the defendant's liability. This judgment amount shall be paid in monthly installments in the minimum amount of $100.00, beginning October 25, 2012, and on the twenty-fifty day of each month thereafter, until the debt is paid in full. This installment payment amount may be adjusted after one year, and thereafter annually, if the defendant's financial statement or other information indicates the ability to make a higher installment payment amount.

6.All payments shall be by certified bank check, personal check, or money order made payable to "U.S. Department of Justice" and shall be mailed to:

> U.S. Department of Justice
> Nationwide Central Intake Facility
> P.O. Box 790363
> St. Louis, MO 63179-0363

7.The United States will record a judgment lien against DAVID WYNN to secure payment of this judgment debt. The proceeds from the sale of any real estate in which the defendant has an interest may be used to satisfy a portion or all of this judgment debt.

8.In the event DAVID WYNN defaults on either the payment of any installment or the yearly submission of the financial statement and tax returns, the balance of the judgment, including post-judgment interest, shall immediately become due and payable, and the United States may

proceed with available administrative and judicial remedies to enforce the judgment debt, upon notice to the defendant.

9. Notice pursuant to paragraph eight shall be deemed due and sufficient notice if sent by first class mail, postage prepaid, to defendant's address as listed below or to any new address provided by the defendant.

10. This is a publicly available document, and defendant waives any claim that this or any other document filed in this case is subject to the Privacy Act of 1974, 5 U.S.C. § 552(a).

11. The parties consent to entry of this judgment order by the Magistrate Judge pursuant to 28 U.S.C. § 636(c). The court shall retain jurisdiction over this case for purposes of enforcing the Consent Judgment Order.

Respectfully submitted,

Dated: 10/8/2012

By: *s/Kimberly J. Goodell*
KIMBERLY J. GOODELL
Attorney for the United States

Dated: 10/11/2012

David Wynn
8930 S Jeffery Blvd.
Chicago, IL 60617